IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


MARISA DESCHINE,

        Plaintiff,

                                         Civ. No. 14-18 MV/KBM

v.

THE UNITED STATES OF AMERICA,

        Defendant.


**<u>JUDGMENT</u>**

      Having, by separate Memorandum Opinion and Order entered concurrently with this

Judgment, granted Defendant's Motion to Dismiss For Lack of Subject Matter Jurisdiction and

Memorandum in Support of the Same [Doc. 32],

      IT IS ORDERED that this action is hereby DISMISSED.


_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE